UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,

    Plaintiff,

        v.                Case No. 1:11cr139

Martin Nathan Ross,            Judge Michael R. Barrett

    Defendant.

## **ORDER**

This matter is before the Court following a hearing conducted before the undersigned on Defendant's Second Motion for Reconsideration of Bond (Doc. 21) on February 3, 2012.

At this time, the Court will **DENY** defendant's request for bond. The Defendant will remain in the custody of the United States Marshal until further order of the Court. The Court will continue to permit the Defendant permission to petition the Court for bond should there be a true medical necessity.

    **IT IS SO ORDERED.**

                              *S/Michael R. Barrett*
                              Michael R. Barrett
                              United States District Judge